## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Townsend, Sherry

Printed: 3/25/08

Case Number: 04 B 44618
Judge: Hollis, Pamela S
Filed: 12/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 29, 2008
Confirmed: January 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,722.01 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,072.53 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,348.00 |
| Trustee Fee: |  | 179.47 |
| Other Funds: |  | 122.01 |
| Totals: | 3,722.01 | 3,722.01 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,348.00 | 2,348.00 |
| 2. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Jefferson Capital | Unsecured | 99.35 | 550.71 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 20.00 | 110.86 |
| 5. | Jefferson Capital | Unsecured | 74.14 | 410.96 |
| 6. | Capital One | Unsecured |  | No Claim Filed |
| 7. | Capital One | Unsecured |  | No Claim Filed |
| 8. | TJ Maxx | Unsecured |  | No Claim Filed |
| 9. | TCF Bank | Unsecured |  | No Claim Filed |
| 10. | Lane Bryant | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 2,541.49 | $ 3,420.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 23.96 |
| 3% | 5.59 |
| 5.5% | 26.19 |
| 5% | 7.89 |
| 4.8% | 15.13 |
| 5.4% | 100.71 |
|  | _____ |
|  | $ 179.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Townsend, Sherry | Case Number: 04 B 44618 |
| | Judge: Hollis, Pamela S |
| Printed: 3/25/08 | Filed: 12/3/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

